# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

May 9, 2016

Honorable I. Leo Glasser
Senior United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201

**RE: <u>United States vs. Mark Anthony King, 15-CR-41(ILG)</u>**

Your Honor:

With the consent of the government and after consulting with Your case manager, We are requesting an adjournment of the sentencing in this matter from May 20, 2016 until July 14, 2016 at 11:00 a.m. As You know, there are on going discussions of issues that we believe will have a significant impact on the sentence that is eventually imposed.

Thank You for Your attention to and consideration in this matter.

Sincerely,

Michael P. Padden, Esq.
Assistant FederalDefender
(718) 330-1240

cc: AUSA Hiral D. Mehta

   USPO Angelica Deniz